IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MONTE ALBERT,
          **Plaintiff,**

v.                             §          **1:26-CV-910-ADA-ML**

FICTIV, INC.,
          **Defendant.**

§§§§§§§§§§

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. Dkt. 6. Judge Lane recommends that this Court **DISMISS WITH PREJUDICE** Plaintiff's cause of action pursuant to 28 U.S.C. § 1915(e)(2)(B). *Id.* at 6. The report further recommends that this Court impose a pre-filing bar on future litigation brought *pro se* and *in forma pauperis* by Monte Albert in the Western District of Texas relating to discriminatory hiring based on national origin without receiving written leave from a judge of this court or the Fifth Circuit. *Id.* The report was filed on May 7, 2026. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on May 18, 2026. Dkt. 7. The Court has conducted *de novo* review

of the Report and Recommendation (Dkt. 6), Plaintiff's objections (Dkt. 7), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 6) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Dkt. 7) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Plaintiff's cause of action is hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that a pre-filing bar is hereby imposed on future litigation brought *pro se* and *in forma pauperis* by Monte Albert in the Western District of Texas relating to discriminatory hiring based on national origin without receiving written leave from a judge of this court or the Fifth Circuit.

The clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 26th day of May, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE